# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

RAINER TRIEM, SOTACO LLC and SOTACO LTD. INC.

Plaintiffs,

v.

MARC MERRILL, MARTIN RICKWOOD, MARTIN ROZENDAAL, TORSTEN WALTER, GUSTAVO FERNANDEZ, KEITH MARTIN, UNIPER GLOBAL COMMODITIES SE and UNIPER GLOBAL COMMODITIES NORTH AMERICA LLC,

Defendants.

C.A. No. 7:20-cv-72-DLB

Jury Trail Demanded

Eastern District of Kentucky
FILED
MAY 28 2020
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## COMPLAINT

Plaintiffs Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc. „Plaintiffs" bring this action against Defendants Marc Merrill, Martin Rozendaal, Martin Rickwood, Torsten Walter, Gustavo Fernandez, Uniper Global Commodities SE and Uniper Global Commodities North America LLC "Defendants" for (i) fraud, (ii) violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), (iii) breaches of fiduciary duty, (iv) aiding and abetting breaches of fiduciary duty, (v) unjust enrichment , and (vi) breach of contract. Plaintiffs assert the following in support of their claims:

## NATURE OF THE ACTION

1. This action arises from different misconducts committed by all Defendants in connection with a joint venture named Greanex. Uniper Global Commodities SE controls and owns Uniper Global Commodities North America LLC, which owns and controls Greanex LLC. LLC holds a fifty-one (51) percent interest in Greanex, and Sotaco LLC holds the remaining forty-nine (49) percent interest. Greanex was formed to develop and commercialize technology to sort and produce commercially usable coal from piles of waste coal (known as "gob piles") for sale into the international coal markets.

2. The current Uniper Team (Marc Merrill, Martin Rozendaal and Martin Rickwood) actually used wrong and manipulated quantity reports to blame Sotaco and its management. Five Uniper employees confirmed to employees from Greanex that the reports were wrong. In addition there are other people from third parties who could confirm the wrong quantity report.

3. The breaches of fiduciary duties consisted of several interrelated schemes. First, the coal and freight department of Uniper SE disregarded the capital needs of Greanex which had been presented to them several times in 2017, 2018 and 2019. Furthermore the coal and freight department of Uniper SE deceived their own controlling and the board by fraudulent concealing these figures and preventing Rainer Triem as a Greanex board presenting the really capital needs to the management of Uniper. 2 witness can confirm this.

4. The coal and freight department of Uniper SE prevented Greanex to receive adequate cash flow by signing contracts out of the money to the disadvantage of Greanex and the US tax authorities. By using out of the money prices Greanex and the US tax authorities were cheated by millions of USD.

5. Uniper Global Commodities SE with his coal and fright department rejected a 100,000,000 USD financial offer from a third party presented by Sotaco and damaged the shareholders of Uniper with 35,000,000 USD and Sotaco with 27,500,000 USD. At this time a company valuation showed 518,000,000 USD. This valuation was made by a reputable international bank. 5 witness can confirm this. By liquidating, dissolving and winding-up the company Uniper SE not only breached the Operating Agreement but also destroyed the value of the company whereupon the damages for Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc. sum up to 281,500,000 USD.

6. The coal and freight department of Uniper SE pushed Sotaco and its management to speed up with new projects and asked for a rapid expansion. For all machines ordered the required projects had been identified and were ready to be taken in place. All business decisions were made in consultation with Uniper.

## THE PARTIES

### A. Plaintiffs.

7. Sotaco LLC is a limited liability company formed under the laws of the State of West Virginia with its principal place of business located 214 Capital Street Charleston, WV 25301 USA.

8. Sotaco Ltd. Inc is a company registered in Hong Kong, having its principal place of business located at 1 Queens Road Central

9. Rainer Triem, Schwantlern 7, 9056 Gais, Switzerland

### B. Defendants.

10. On information and belief, Merrill (American) is a resident of the Federal Republic of Germany with his principal place located in Germany, 40217 Düsseldorf, Bachstrasse 121. At all times relevant, Merrill was Uniper Global Commodities LLC's representative on the Board of Managers of Greanex, and he is Uniper Global Commodities North America LLC President, Chief Executive Officer.

11. On information and belief, Rozendaal (Dutchman) is a resident of the Federal Republic of Germany with his principal place located in Germany, 40489 Düsseldorf, Hermann-Raddatz Weg 21. At all times relevant, Rozendaal is Uniper Global Commodities SE representative Director of the coal fright department.

12. On information and belief, Rickwood (English) is a resident of England with his principal place is unknown. At all times relevant, Rickwood was a coal trader by Uniper Global Commodities UK representative on the Board of Managers of Greanex, and Chief Executive Officer by Greanex.

13. On information and belief, Fernandez (Spanish) is a resident of Spain with his principal place located in Spain, 28049 Madrid, C/Monasterio de Poyo 32 Atico A. Was relevant till April 2019, Fernandez was Uniper Global Commodities SE representative Director of the coal fright department.

14. On information and belief, Walter (German) is a resident of the Federal Republic of Germany with his principal place located in Germany, 50671 Köln, Venloer Strasse 59 . At all times relevant, Walter is Uniper Global Commodities SE trader of the coal fright department and was the right hand of Mr. Fernandez.

15. On information and belief, Martin (English) is a resident of England with his principal place is unknown. At all times relevant, Martin was representative on the Board of Managers Uniper SE.

16. On information and belief, Uniper Global Commodities is a Inc. company formed under the laws of Germany with its principal place of business located at Holzstrasse 6, 40221 Düsseldorf, Germany

17. On information and belief, Uniper Global Commodities North America is a limited liability company formed under the law of the state of Delaware with its principal place of business located at 181 W. Madision Street, Suite 3450, Chicago, Illinois 60602, USA.UGC NA is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 181 W. Madison Street, Suite 3450, Chicago, Illinois 60602.

**C. Non-Party Participants.**

18. Witness A was an employee of Greanex, and he was responsible for the day to day operations at the Kentucky job sites. Witness A can confirm that 5 Uniper employees confirmed the wrong and fraudulent quantity reports.

19. Witness B is an employee of a company that was hired by Triem to operate Phelps and Harlan gob piles for Greanex. Witness B can confirm Witness A on this quantity fraud.

20. Witness C was a contractor of Greanex, he was responsible for service on site and can confirm this quantity fraud too.

21. Witness D can confirm that Mr. Rickwood told him that the quantity report was wrong. By side Rickwood confirm by a email that the quantity on side is ten times higher.

22. Witness D another was a contractor of Greanex, he was responsible for service on site. Witness D can confirm that the quantity report was wrong.

23. Witness E Gob Pile owner of the Greanex operation in Harlan can also confirm that the quantity report is wrong.

24. Witness F can confirm that the Uniper coal and fright department by pass their own controlling and ignore Sotaco's concern about the funding of Greanex.

25. Witness G can confirm Witness F.

26. Witness H can confirm the responsible person rejected a 100,000,000 USD Deal by a third party to get Greanex longterm financed.

27. Witness I can confirm Witness H

28. Witness J can confirm Witness H

29. Witness K can confirm Witness H

## JURISDICTION AND VENUE

30. This Court has personal jurisdiction over Defendants because they routinely transact business in Kentucky or took actions adverse to Plaintiffs as part of a conspiracy there.

31. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this suit occurred in and around Harlan and Pike counties in Kentucky.

## FACTUAL BACKGROUND

### A. Uniper and Sotaco formed under the leadership of Uniper SE the JV Greanex

30. Greanex is a JV between Uniper Global Commodities North Amerika LLC and Sotaco LLC. Greanex main focus was a new technology which has been set up recently with the aim to use an X-Ray machine to yield coal from GOB piles and/ or reduce the ash or sulphur of coals in order to achieve better market values. On top, this technology helps to reduce the cost of land reclaiming in an environmentally friendly way.

31. This new "Green Mining" technology offers a totally new type of sorting, which hasn`t been used in the coal industry so far. This technology is not only cost saving but also environmentally acceptable and completely water independent. This hasn`t been realized in the large scale industry until now.

32. In this cleaning process X-rays will be transmitted through the material to be sorted. An X-ray sensitive camera determines the difference between the incidental and the transmitted radiation. While the particles pass the X-ray source and camera, they are recognized and classified in a fraction of a second according to present criteria programmed in the flexible system software. If the

classification matches the defined criteria, the particle is ejected by a powerful blast of compressed air out of reliable, fast-action compressed air valves.

33. The separation takes place with up to 350 air valves per second. At the end carbonaceous particles will be separated from those containing industrial rocks and minerals. Greanex not only supports with its activities the renaturation of environmental polluted grounds, but also reduces the development of new environmental incriminating coal mines.

34. With the exclusive right on this technology for the USA, Australia and Japan Greanex was looking forward to revolutionizing the coal mining industry within the next years. Greanex planned to invest over the next years up to 100 million USD in this innovative treatment method. Greanex projection was to process five to ten gob piles only in the US annually. The amount of overburden to be cleaned was expected to reach around 35 million tons per year in five years. The resulting ecological recovery was approx. 15 million coal st/year. Processing of 100 million st of gob material annually was the medium term goal, with a resulting coal recovery of 40 million st/year - all according to the principle of „green mining“ introduced by Greanex.

35. Right now it is a ticking ecological time bomb. The carbon contains oleaginous components (PHA). These environmental pollutants are washed out by rain and either seep into and pollute or contaminate the ground water below the gob piles or drain off via waterways and cause „yellow water“. Sulfur- containing compounds are formed that settle in the water and soil where they are dangerous for microorganism, plants and animals. Environmental damage is therefore frequent and common near the gob piles and clean-up is time consuming and costly.

B. **Unipers used wrong and manipulated quantity reports to blame Sotaco**

36. The Uniper Team around Merrill, Rickwood and Rozendaal claimed vs Sotaco that their quantity report in Harlan (this was the beginning of the fraud story) is 100% proved with around 3,200 st on side. In contrast Rickwood confirmed via email on September the 4th 2019 40,000 st on side, documented in the below screenshot.

Am 04.09.2019 um 22:16 schrieb Rickwood, Martin <martin.rickwood@uniper.energy>:

Dear Rainer,

As you are well aware, we have discovered that Greanex is in immediate need of further funds. We are currently reviewing the existing business case, as well as alternative plans to raise funds in the near term. Greanex currently holds approximately 40,000 tons of coal as inventory. Unfortunately, as was the case with other deliveries, there appears to be substantial quality issues with the coal, due mainly to

37. Another proof of wrong figures is, that in this quantity report the coal output production is higher as the raw material input. E-mail by Mr. Triem on July the 19th 2019.

- -

**Von:** Rainer Triem <r.triem@greanex.energy>
**Datum:** 19. Juli 2019 um 06:41:09 MESZ
**An:** "Rozendaal, Martin" <Martin.Rozendaal@uniper.energy>
**Kopie:** "Walter, Torsten" <Torsten.Walter@uniper.energy>, Stefan Kleeberg <S.Kleeberg@greanex.energy>, "Rickwood, Martin" <martin.rickwood@uniper.energy>, "Pineda Ogallar, Emilio David" <david.pineda@uniper.energy>, Jerry Hurley <J.Hurley@greanex.energy>
**Betreff: Aw: comments meeting yesterday 9th of July 2019, summary on further projects**

Hi Martin,

thats a crazy report! Just my final statement to this report, because you already got my comments re this company and there reporting and sampling on the 28th of June @ 11:33am and from the 12th of July @ 9:44am.

Please have a look on the observated production days by inspectorate for the days 11th, 12th, 13th, 14th, 17th and 18th of June. Guys, you shoul have seen that yourself. When you go in details on this report you see that we have produced a final product of 274 trucks within 6 days (+/- one day downtime), that 274 x 40 st = 10.960 st. We have produced these numbers within 5 days??? But our stock pile is just around 3000 st produce from April till June???

On some days you see that the reported output is higher then the raw input, looks like the tomra is a magic machine who produce more with less raw input.

Last but not least, here the highlight: 17th of June, 2nd shift. input in our system 10 trucks, output 185 truck! As I wrote above, tomra is a magic machine.

And by the way, in the overview they wrote that they were 3 days on site, in the detail report it shows 10 days. There are much more other items o this report, for myself I am done with these professional independent surveyor!!!

If you still not believe in my numbers, send someone from controlling with tapeline and I will assist him on site to measure the piles to cross check my numbers.

That concludes now finally my review regarding this surveyor.

I reserve now the right to take legal action against Inspectorate!

Thanks,

Rainer

## C. Presenting of wrong capital needs by the Uniper coal & freight department to their own controlling in order to harm Greanex LLC

38. The breaches of fiduciary duties consisted of several interrelated schemes. First, the coal and fright department of Uniper SE around Gustavo Fernandez and Torsten Walter disregarded the capital needs of Greanex which had been presented to them several times in 2017, 2018 and 2019. Furthermore the coal department of Uniper deceived their own controlling and the board by fraudulent concealing these figures and preventing Rainer Triem as a Greanex board presenting the really capital needs to the management of Uniper. 2 witness can confirm this.

39. The below screenshots proof that the management of Sotaco always pointed out the capital needs for Greanex and also indicated possible financing alternatives. Obviously the coal and freight department of Uniper SE never forwarded these needs to their controlling or management. As consequence a long-term finance strategy never was implemented. In the email May, 7th of 2018 Sotaco sent to Mr. Walter the capital needs for the year 2018 (28,000,000 USD) was documented, no response by Uniper. On Januar the 11th 2018 Sotaco sent a financing option through First National Capital to Mr. Walter and Fernandez, also no response. In the email on January the 12th 2019 sent to Mr. Walter the capital needs for 2020 had been documented (45,000,000 USD), again no response. At least after these mails the strategy and the capital needs should have been challenged by Uniper SE if they would have disagreed with it.

**Stefan Kleeberg** greanex 7. Mai 2018 um 09:47



Moin Ausblenden

An: Torsten Walter,

Kopie: Rainer Triem

Habe am Wochenende mal an der Finanzplanung gesessen.
Ergebnis anbei – können wir dann ja mal durchsprechen.

Gruß
Stefan



Calculation_Projects_2018.xlsx

**Stefan Kleeberg** greanex 11. Januar 2018 um 09:10 SK

First National Capital: Equipment Financing: Ausblenden

An: Gustavo Fernandez, Torsten Walter,

Kopie: Rainer Triem

Hi Gustavo, hi Torsten,

Please find attached a proposal for Financing from First National Capital and also some general information about the company.

Please let me know how you would like to proceed.

Thanks
Stefan



Greanex LOI_010218.pdf



FNCC Profile 201312.pdf

**D. Uniper disadvantaged Greanex and the US tax authorities**

40. Greanex has signed 6 immoral and out of the money coal purchase contract with the coal and freight department of Uniper SE. The signing of these contracts was requested by Mr. Fernandez to get financing for Greanex in place. He promised Sotaco a kickback to persuade the management of Sotaco o agree on these contracts. At the end Greanex didn't receive adequate cash flow by signing these contracts. The capital loss of Greanex by this fraud by the Uniper SE coal and fright department is minimum 6,400,000 USD. This countervailing benefit is fraud to the Plaintiffs and the US tax authorities. The tax fraud due to the profit shifting to Germany goes for the US authorities into millions of USD. The below screenshot from Mr. Fernandez on March 26th 2020 shows the fraud by the Uniper SE Coal and fright department to the Plaintiffs and US tax authorities.


We will not meet Oaktree, there is nothing to discuss at this point in time. The only possible deal is where Uniper gets the same money for the same equity than you, not more but not less. Also Uniper will only buy this product at a large discount to fresh mined coal so the proposal does not reflect the reality and is misleading.

41. It was possible to sell the coal for around double price locally. Screenshot from the May 14th of 2020.

Rainer Triem 14. Mai 2019 um 18:33
local sales
An: Gustavo Fernandez, David Pineda, Torsten Walter, S.Kleeberg@greanex.energy

All,

last Thursday we had a site visit by Dominion Power in Harlan/Phelps.

They are interested to buy our coal, but first they wanna have a test load in July.

Price indication delivered:

8.000 btu around 30 USD/st
10.000 btu around 40 USD/st

They prefer 8000 btu.

@David, its maybe a good alternative for Uniper to sell the Greanex coal locally in the US.

Just an idea from my side.

Thanks,

Rainer

----------------------
Rainer Triem
Greanex Energy
send from my iPhone,
please excuse any typos

**E. Financial damages generated by the Uniper team to Rainer Triem, Sotaco LLC, Sotaco Ltd. Inc. and the shareholders of Uniper**

42. Uniper Global Commodities SE with his coal and freight department rejected a 100,000,000 USD financial offer from a third party presented by Sotaco and damaged the shareholders of Uniper with 35,000,000 USD and Sotaco with 27,500,000 USD. At this time a company valuation showed 518,000,000 USD. This valuation was made by a reputable international bank. 5 witness can confirm this. By liquidating, dissolving and winding-up the company Uniper SE not only breached their contract (Operational Agreement) but also destroyed the value of the company and the damages for Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc. sum up to 281,500,000 USD. By March 26th 2019 Gustavo Fernandez verbally rejected the offer by a third party without presenting this to his controlling and the board of Uniper SE. The following screenshots from Mr. Fernandez documented his decision from March 26th 2020.

We will not meet Oaktree, there is nothing to discuss at this point in time. The only possible deal is where Uniper gets the same money for the same equity than you, not more but not less. Also Uniper will only buy this product at a large discount to fresh mined coal so the proposal does not reflect the reality and is misleading.

43. Sotaco tried many times after the decision of Mr. Fernandez to get in touch with the board of Uniper SE, no response. The blow screenshot shows one of the desperate efforts.

**Von:** **Rainer Triem** r.triem@greanex.energy
**Betreff:** Greanex
**Datum:** 14. Mai 2019 um 09:13
**An:** keith.martin@uniper.energy
**Kopie:** Fernandez Gustavo Gustavo.Fernandez@uniper.energy



Dear Keith,

I know you are very busy regarding the whole situation with Fortum/Uniper.
Nevertheless it would be great if you could find some time to talk with me about our company Greanex.

Obviously there have been spread some rumours about Greanex and I need to clarify some points.

Also I have concerns about the strategic direction of Greanex, even more as I am not really integrated in the discussion.

Last not least I have developed an interesting option with the hedge fund Oaktree which could only be settled if we proceed contemporary.

Therefore I would appreciate if we could have a meeting soon.

Thanks,

Rainer

---

Rainer Triem
Greanex Energy
send from my iPhone,
please excuse any typos

## F. Unipers team blamed Sotaco and his management unjustifiable regarding the expansion plans of the JV.

44. The coal and freight department of Uniper SE was pushing Sotaco and its management to speed up with new projects and asked for a rapid expansion. For all machines ordered the required projects had been identified and were ready to be taken in place. All business decisions were made in consultation with Uniper. So there was never an intention to slow down the expansion. The below screenshots from February 21th 2017 and June 2nd 2017 verifies this.

---

**From:** "Rainer Triem" <r.triem@sotaco.com>
**Date:** Tuesday, 21 February 2017 at 05:40:40
**To:** "Fernandez Hernandez, Gustavo" <Gustavo.Fernandez@uniper.energy>, "Walter, Torsten" <Torsten.Walter@uniper.energy>, "Stefan Kleeberg" <S.Kleeberg@sotaco.com>
**Subject:** list of new projects

Good Morning,

below please find the next step's on the way to 10.000.000 st p.a.

1, Belva pile, located near Logan it is a DEP pile approx. 5 million tons. We have the test on this and it came back good. The pile was created from late 1970 to 1995. It has a Blackhawk load out located within 1 mile. We are checking status of bonds and permit but I think we will need to do these but they have indicated we could get them in approx. 6 months. Clean coal ar: 13.044 btu, moisture 3,23%, ash 10,29%, sulfur 0,64

2. Chafin Branch located 2.5 miles from Belva this pile started in the 1950's and finished in 1980's. This pile has high quality as indicated by our analysis and from local info. This pile is approx. 7 million plus and probably more. There is no bond or permit but it's high quality and close location to Belva and the load out make it desirable. Clean coal ar: 13.694 btu, moisture 2,40%, ash 7,05%, sulfur 0,6%

3. Cabin Creek located near Charleston it was created from 1935 to 1985 with approx. 15 million tons it will take approx. 5 months to get this pile ready to go it is near Blackhawk and Alpha load outs and approx. 25 miles from Kanawha river. Clean Coal ar: 13.504 btu, moisture 1,78%, ash 10,6%, sulfur 0,62%

4. Spruce Laurel, there is a train load out at the bottom of the pile that should be in good working order with power. It was created in 1980 until 2004. The quality is of some concern because it was used in the 2000's, also we have an impoundment to deal with. This pile is ready to go if chosen. Quantity is approx. 50 million tons. Clean coal ar: 12.116 btu, moisture 2,4%, ash 16,92%, sulfur 0,78%

5. Justice pile, we should have MOU from Billy today or Wednesday.

6. Greg Biffle has a pile near Mullins WV there are several load outs within trucking distance. This pile is approx. 10 million tons and is not bonded or permitted but could be done for 2018 machines. Pile was created in 1930's and stopped in 1970's. We will sampling next week.

7. Banner pile, you know everything there, but it looks like we must close the books because of legal problems. We still checking.

We have developed a great relationship with the WV DEP and we beginning to work with KY DEP, they have plenty gob's in place.

rgds

Rainer

**Gustavo Fernandez** greanex 21. Februar 2017 um 09:03

Aw: list of new projects

An: Rainer Triem, Torsten Walter, Stefan Kleeberg

Good morning,

This is a great list of possibilities and I think we should try to work in all of them in parallel because some take longer than others and because I rather have the pile and wait for the machine than have the machine waiting for the pile.

Please let us know how we can be of help. I could contact Blackhawk if needed but it would be really important to have an alternative to their load out so we can negotiate the price.

Best
Gustavo

Sent from my mobile, please excuse any typos



45. The background for setting up the JV was for Uniper Global Commodities SE to use Greanex as the green conscience and to remove the environmental damages generated by Eon and the JV with Black Jewel via the mountaintop removal mining. At the beginning of 2019 Uniper Global Commodities SE announced vis-à-vis Greanex that the coal exploitation does not fit any more in the future concept of Uniper. This was contemporaneous with a notification early 2019 by Black Rock that they will not more financing coal business. Black Rock is a big investment company who was financing Black Jewel, the JV by Uniper.

46. For the Plaintiffs it looks now that Uniper Global Commodities SE is desperately trying to create a tale to get out of their US JV`s by blaming their partners. In reality they are well aware that at the end it was their own strategy were and is leading the JV`s into bankruptcy, bringing thousands of coal miners into unemployment, creating huge environmental damages and destroying values from their.

47. The capital damages at Greanex is around 618,000,000 USD and the environmental damages just in Kentucky goes up 5,000,000,000 USD. Obviously Uniper SE expects that with their backing by a huge legal staff and a lot of fiscal reserves they can place their own tale to the public.

## COUNT I
## Fraud
## (Against all Defendants)

48. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

49. At the outset, the Defendants fraudulently Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc. by using wrong and manipulated quantity report

50. Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc has been proximately harmed by all Defendants internal misrepresentations, pretending wrong fact and omissions in an amount to be determined at the trail.

## COUNT II
## Conspiracy to Violate Civil RICO, 18 U.S.C. § 1962(d) (Against All Defendants)

51. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

52. Defendants conspired together to violate 18 U.S.C. § 1962(c) and committed at least one overt act in furtherance of said conspiracy.

53. As a result of the UNIPER FRAUD TEAM's violations of 18 U.S.C. 1962(d), Rainer Triem, Sotaco LLC, Sotaco Ltd. Inc. and the shareholder by Uniper suffered substantial damage up to 618,000,000 USD. The State of Kentucky suffered substantial environmental damage up to 5,000,000,000 USD.

## COUNT III
## Breach of Fiduciary Duty
## (Against all Defendants)

54. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

55. With the rejection of a financial offer from a third party the Defendant destroyed the company value of 518,000,000 USD to actually null. The damages for Rainer Triem, Sotaco LLC and Sotaco Ltd. Inc. are existential.

56. As a proximate result of these breaches, Plaintiffs have been harmed in an amount to be determined at trial.

## COUNT IV
## Aiding and Abetting Breaches of Fiduciary Duty (Against Defendant Marc Merrill, Martin Rickwood, Martin Rozendaal, Torsten Walter, Gustavo Fernandez and Keith Martin)

57. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

58. The Defendants knowingly participated in the breaches by, immoral and out of the money coal Prices to the disadvantage of Greanex.

59. As a proximate result of these breaches, Plaintiffs have been harmed in an amount to be determined at trial.

## COUNT V
## Unjust Enrichment
## (Against Defendants Uniper Global Commodities SE)

60. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

61. Defendants signed 6 immoral and out of the money coal purchase contract with Greanex LLC to the benefit of Uniper Global Commodities SE. As a proximate result of these breaches, Plaintiffs have been harmed in an amount to be determined at trial.

## COUNT VI
## Breach of Contract (Uniper Global Commodities SE and Uniper Global Commodities North America LLC)

62. Plaintiffs reallege and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

63. Defendants signed contracts not in line with the agreements out of the Operational Agreement. In addition they started liquidating, dissolving and winding-up the company without involving it`s JV partner as defined in the Operational Agreement

64. Plaintiffs has suffered actual harm in the form of money damages as a result of Defendant's conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests the Court enter an Order:

a) Trial by jury on all issues so triable;

b) Entering judgment in favor of Plaintiffs against Defendants;

c) Awarding Plaintiffs monetary, treble, and punitive damages for Defendants'

wrongful conduct;

d) Ordering disgorgement of all fees, expenses or compensation paid to or profits earned by Defendants;

g) Awarding Plaintiffs all reasonable out-of-pocket costs and expenses for this action, including, without limitation, reasonable attorneys' fees and costs incurred in connection with such action; and

h) Granting any other relief the Court deems just and proper.

Dated: May 4, 2020

Respectfully submitted,

Sotaco LLC
Rainer Triem
214 Capital Street
Charleston, WV 25301
USA
Tel: +491705467571
Email: rainer.triem@icloud.com

Sotaco LLC
Rainer Triem
214 Capital Street
Charleston, WV 25301
USA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of this Complaint send to Plaintiff's and counsel of the Plaintiff's.

Dated: May 6th, 2020

Respectfully submitted:
Sotaco LLC
Rainer Triem
214 Capital Street
Charleston, WV 25301
USA